UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

FILED

DEC 11 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:19-CR-203 |
| v. ) | Judge Jordan |
| ) | |
| ROBERT DEAN KINSLER, JR., a.k.a. ) | |
| "B.J." | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about August 10, 2017, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

### COUNT TWO

The Grand Jury further charges that on or about August 15, 2017, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

### COUNT THREE

The Grand Jury further charges that on or about January 30, 2019, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

1

## COUNT FOUR

The Grand Jury further charges that on or about February 1, 2019, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", did knowingly, intentionally, and without authority possess with intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FIVE

The Grand Jury further charges that on or about February 1, 2019, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Four, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.
[18 U.S.C. § 924(c)(1)(A)].

## COUNT SIX

The Grand Jury further charges that on or about February 1, 2019, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely:

1. Phoenix arms, .22LR pistol,
2. Glock 17, 9mm pistol
3. JC Higgins model 10318, .22 caliber rifle
4. Remington model 514, .22 caliber rifle
5. Savage model 93R17, .17 HMR
6. Ruger AR15

2

said firearms having been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT SEVEN

The Grand Jury further charges that on or about February 1, 2019, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", did knowingly possess a machinegun, specifically, an auto sear, a combination of parts designed or intended for use in converting a weapon into a machinegun.

[18 U.S.C. §§ 922(o); 924(a)(2)].

## COUNT EIGHT

The Grand Jury further charges that on or about February 1, 2019, within the Eastern District of Tennessee, the defendant, ROBERT DEAN KINSLER, JR., also known as "B.J.", did knowingly possess a firearm, specifically, an auto sear machinegun, a combination of parts designed or intended for use in converting a weapon into a machinegun, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

[Title 26, United States Code, Section 5861(d), and 5871]

## FIREARMS FORFEITURE ALLEGATIONS

1. The allegations contained in Counts Five through Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872.

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 922 and/or 924 and/or Title 26, United States Code, Section 5861(d), as set forth in this

3

Indictment, the defendant, ROBERT DEAN KINSLER, JR., a.k.a. "B.J.", shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872, any firearms and ammunition involved in or used in the commission of the offense, including but not limited to:

1. Phoenix arms, .22LR pistol;
2. Glock 17, 9mm pistol;
3. JC Higgins model 10318, .22 caliber rifle;
4. Remington model 514, .22 caliber rifle;
5. Savage model 93R17, .17 HMR;
6. Ruger AR15; and
7. Ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:



FOREPERSON

APPROVED:

J. DOUGLAS OVERBEY
United States Attorney

By: EMILY M. SWECKER
Assistant United States Attorney

5